UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Laura P. Rios | ) | BK No.: 18-33924 |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| Debtor(s) | ) | Adv. No.: |
| Plaintiff(s) | ) | |
| Defendant(s) | ) | |

## ORDER GRANTING MOTION TO SUBSTITUTE RONALD P. STROJNY, JR., AS ATTORNEY FOR DEBTOR

THIS CAUSE coming to be heard on the Motion to Substitute Ronald P. Strojny, Jr., as Attorney for Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and with due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED that Cutler & Associates Ltd., as current attorneys of record for Debtor, are substituted by Ronald P. Strojny, Jr., as Debtor's new attorney of record.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 09, 2021

**Prepared by:**

Ronald P. Strojny, Jr.
5839 W. 35th Street
Cicero, IL 6004
(Phone) 708-652-2800
Rprstrojny@yahoo.com